IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERMIN CORONADO GALVEZ,

    Petitioner,               No. CIV S-10-0485 GEB GGH P

    vs.

JAMES D. HARTLEY, et al.,

    Respondent.          <u>ORDER</u>

_____/

        On October 21, 2010 (docket #23), petitioner filed a motion to compel a response to the second amended habeas petition, but respondent already filed a response on September 16, 2010. Therefore, petitioner's motion to compel is vacated as moot, and petitioner is granted twenty-eight days to file a traverse.

DATED: October 28, 2010

                             /s/ Gregory G. Hollows

                             UNITED STATES MAGISTRATE JUDGE

GGH:035
galv0485.ord